TIMOTHY O'TOOHIL, Respondent, *v.* LEWIS SMITH, Appellant.

Argued June 4, 1946; decided July 23, 1946.

*De Silver Drew* for appellant.
*George E. Carrie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.